ROBERT A. TITUS, *ETC.*, *ET AL.*, PLAINTIFFS-RESPON-
DENTS, v. RICHARD LINDBERGH, *ETC.*, DEFENDANT-
RESPONDENT, AND ROBERT SMITH, *ET AL.*, DEFEND-
ANTS-PETITIONERS.

On petition for certification to Appellate Division, Superior
Court.

*Messrs. Wise, Wise, Wichmann & Berich* for the petitioners.

*Messrs. Parsons, Canzona, Blair & Warren* and *Messrs.
Carton, Nary, Witt & Arvanitis* for the respondents.

July 1, 1966. Granted.

SAM WITKIN, PETITIONER-RESPONDENT, v. FANEUIL
MANUFACTURING CORP., RESPONDENT-PETITIONER,
AND MINGLE MODES, INC., RESPONDENT-RESPON-
DENT.

On petition for certification to Appellate Division, Superior
Court.

*Mr. John W. Taylor* and *Mr. Joseph D. Haggerty* for the
petitioner.

*Messrs. O'Brien & Devlin* and *Messrs. O'Brien, Brett &
O'Brien* for the respondents.

July 1, 1966. Denied.

HELEN PACHANA, PETITIONER-PETITIONER, v.
ROBERT N. ESPOSITO, *ETC.*, RESPONDENT-RESPONDENT.

On petition for certification to Appellate Division, Superior
Court.

See same case below: 91 *N. J. Super.* 187.

*Mr. Thomas F. Shebell* for the petitioner.

*Messrs. James & Addas* for the respondent.

July 1, 1966. Denied.